## (December 23, 1958)

■ MICHAEL P. GRACE, II, Individually, and as a Trustee under the Will of JANET GRACE, Deceased, Appellant, v. DEEPDALE, INC., et al., Defendants, and REAL PROPERTY OWNERS, INC., Respondent. CORINNE GRACE, as Guardian ad Litem for MICHAEL P. GRACE, JR., an Infant, Plaintiff, v. JOSEPH P. GRACE, JR., et al., as Trustees under the Will of JANET GRACE, Deceased, et al., Defendants.— Appeal from an order on reargument which *inter alia* directed the Sheriff of Nassau County to deliver a deed of appellant's individual interest

in certain real property to respondent (Civ. Prac. Act, § 979) as directed by a judgment entered April 3, 1958, and denied respondent's motion to punish appellant for contempt. The appeal is from all of said order except that portion thereof which denies respondent's motion to punish appellant for contempt. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.